# United States District Court

District of Hawaii

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

Brown cardboard parcel weighing 5.0 lbs. Package further identified by a red-inked arabic numeral 4067 which is 1.25 inches in length and signed on a red-inked line below such number by Vincent Chun.

**SEARCH WARRANT**

Case Number: 02-0272 KSC

TO: Any Duly Authorized Federal Law Enforcement Officer and any Authorized Officer of the United States

*Affidavit*(s) having been made before me by  PPQO Naomi M.P. Wong (Affiant)  who has reason to believe

that [ ] on the person of, or [X] on the premises known as (name, description and/or location)

See property description given in caption above.

in the _____ District of _____ Hawaii _____ there is now concealed a certain person or property, namely (describe the person or property)

(1) Fresh fruits, (2) fresh vegetables, (3) live plants and parts thereof, (4) seeds and seed pods through the United States mails, possessed in violation of Title 7, United States Code, Sections 7701 et. seq. and evidence of said violations.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  May 3, 2002
                                                       Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search       in the daytime — 6:00 AM to 10:00 P.M.       at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

the United States Magistrate Judge                                                as required by law
U.S. Judge or Magistrate Judge

April 24, 2002                              at    Honolulu, Hawaii
Date and Time Issued                              City and State

Kevin S. C. Chang                                 Original signed by
United States Magistrate Judge                    Kevin S. C. Chang
Name and Title of Judicial Officer                Signature of Judicial Officer

(SEAL)