# UNITED STATES DISTRICT COURT

District of Hawaii

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

Brown cardboard parcel weighing 5.0 lbs. Package further identified by a red-inked arabic numeral 4067 which is 1.25 inches in length and signed on a red-inked line below such number by Vincent Chun.

**SEARCH WARRANT**

Case Number: 02-0272 KSC

TO: Any Duly Authorized Federal Law Enforcement Officer and any Authorized Officer of the United States

*Affidavit*(s) having been made before me by   PPQO   Naomi M.P. Wong   who has reason to believe
                                                      Affiant

that [ ] on the person of, or [X] on the premises known as (name, description and/or location)

See property description given in caption above.

in the _____ District of Hawaii _____ there is now concealed a certain person or property, namely (describe the person or property)

(1) Fresh fruits, (2) fresh vegetables, (3) live plants and parts thereof, (4) seeds and seed pods through the United States mails, possessed in violation of Title 7, United States Code, Sections 7701 et. seq. and evidence of said violations.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   May 3, 2002
                                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search    in the daytime — 6:00 AM to 10:00 P.M.    at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the United States Magistrate Judge                                                                            as required by law.
U.S. Judge or Magistrate Judge

April 24, 2002  8:25   at   Honolulu, Hawaii
Date and Time Issued                         City and State

Kevin S. C. Chang
United States Magistrate Judge              Original Signed by Kevin
Name and Title of Judicial Officer           Signature of Judicial Officer

AO 93 (Rev. 8/98) Search Warrant (Reve

**RETURN** ORIGINAL **Case Number:** 02-0272KSC

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| April 24, 2002 | April 24, 2002 1015am | WITHIN SUBJECT PARCEL |

INVENTORY MADE IN THE PRESENCE OF

THOMAS MIYAHARA

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
APR 25 2002
at 8 o'clock and 00 min. a M.
WALTER A. Y. H. CHINN, CLERK

2.4 lbs. (2) fresh sweet potato

FORWARDED: 1 package taro pancake mix
2 plastic containers (6 oz.) poi powder.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate Judge

4/25/02
Date